UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRI Q. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-425-PLR-CCS |
| | ) | |
| ARC AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw [Doc. 16], filed by Attorney J. Chad Hogue, counsel for the Plaintiff. Plaintiff has signed the motion to indicate that she has consented to Mr. Hogue withdrawing as counsel in this case. Mr. Hogue represents that Plaintiff's address is P.O. Box 51606, Knoxville, TN 37950. [Doc. 16 at 2].

The Court finds first that the Motion to Withdraw **[Doc. 16]** complies with Rule 83.4 of the Local Rules of the Eastern District of Tennessee, and therefore, it is **GRANTED**. The Court expects that Mr. Hogue will provide copies of any relevant documents to any future counsel for the Plaintiff or to the Plaintiff herself, upon request. Otherwise, Mr. Hogue is **RELIEVED** of his duties as counsel in this case.

The Plaintiff is hereby **ADMONISHED** that she is **DEEMED** to be proceeding *pro se*. Until she obtains substitute counsel, it is her obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if she elects to proceed in this case without an attorney, she is responsible for complying with all deadlines set by the Court and

responding to any requests for relief by other parties, see E.D. Tenn. L.R. 7.1. The Plaintiff like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders.

Specifically, the Plaintiff is advised that this matter is set for trial on **May 24, 2016**, and that many deadlines are set based upon this trial date and will expire at intervals of 150 days, 120 days, 90 days, 60 days, and 30 days, etc., before trial. She is reminded to carefully review the Scheduling Order [Doc. 10] and calendar each of these deadlines.

The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order, along with the Scheduling Order, to the Plaintiff at the address provided by counsel, and to enter that address along with Plaintiff's telephone number as her contact information in the docket.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge