UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRI Q. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-425-PLR-CCS |
| | ) | |
| ARC AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel [Doc. 49], filed by Plaintiff's counsel Jonathan Doolan on January 24, 2017.

In his motion, Mr. Doolan explains that the Tennessee Rules of Professional Conduct preclude him from providing further representation in this case as Plaintiff's counsel. Mr. Doolan states he attempted to obtain the Plaintiff's informed consent prior to filing the instant motion and has served a copy of the motion to the Plaintiff's last known address 14 days prior to filing the motion with the Court. Mr. Doolan also certifies that the motion to withdraw complies with Local Rule 83.4(g) governing attorney withdrawal.

Pursuant to Local Rule 83.4(g), an attorney who seeks to withdraw must: (1) request permission from the Court to withdraw as counsel; (2) include the current mailing address and telephone number of the client; (3) provide a copy of the motion to the client 14 days prior to filing unless the client has signed the motion; and (4) certify that the requirements of the rule have been met.

Because Mr. Doolan has satisfied the local rule's requirements, the Court finds the Motion to Withdraw as Counsel [**Doc. 49**] is well-taken, and it is **GRANTED**. Mr. Doolan **SHALL** turn any relevant documents over to the Plaintiff and advise the Plaintiff of all pertinent dates and deadlines in this case in writing. Thereafter, Mr. Doolan is **RELIEVED** of his duties as counsel in this matter.

The Plaintiff is **ADMONISHED** that she is deemed to be proceeding *pro se* in the interim. If the Plaintiff intends to secure substitute counsel in this matter, counsel must file a notice of appearance on or before **February 17, 2017**. Otherwise, the Court will consider the Plaintiff to be proceeding *pro se* in this litigation.

The Clerk of Court **SHALL** enter the Plaintiff's current mailing address of 1301 Overtone Lane, Knoxville, Tennessee, 37923, in the docket of this case and mail a copy of this Memorandum and Order to the Plaintiff.

**IT IS SO ORDERED**.

ENTER:

     s/ C. Clifford Shirley, Jr.
United States Magistrate Judge