UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRI Q. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:14-cv-00425 |
| | ) REEVES/SHIRLEY |
| ARC AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendant's motion for summary judgment is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED**, **with prejudice.**

The Clerk is **DIRECTED** to remove the trial scheduled for October 10, 2017, from the court's docket**.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**